

**NUMBER 13-13-00151-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ARTHUR CANN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 148th District Court
### of Nueces County, Texas.

---

# ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record. The reporter's record in this matter was originally due on April 5, 2013. The reporter has previously requested and received two prior extensions of time to file the record. The reporter has now requested a third extension of time until October 17, 2013, to file the

reporter's record.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter. **Accordingly, the reporter, Sandra Chavez, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on October 17, 2013. No further motions for extension of time will be entertained by the Court.** If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3 (a)(2).

The Clerk of this Court is ORDERED to serve a copy of this order on Sandra Chavez by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of October, 2013.

2